**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCUS LEE GROSSE,                          No. C 14-1069 WHA (PR)

            Plaintiff,                  **ORDER OF DISMISSAL**

v.

FEDERAL BUREAU OF
INVESTIGATION,

            Defendant.

_____/

      Plaintiff, an inmate in the Alameda County Jail, filed this pro se civil rights action

pursuant to 42 U.S.C. 1983 in which he seeks immediate release from custody.  The reasons he

claims to be entitled to release are not altogether clear.  It is clear, however, that a petition for a

writ of habeas corpus, not a civil rights complaint, is the "exclusive remedy" for the prisoner

who seeks "immediate or speedier release" from confinement.  *Skinner v. Switzer*, 131 S. Ct.

1289, 1293 (2011).  Consequently, the complaint is **DISMISSED** without prejudice to plaintiff

filing his claims in a petition for a writ of habeas corpus after all available state court remedies

have been exhausted.

      The clerk shall enter judgment and close the file.

      **IT IS SO ORDERED.**

Dated: March  31  , 2014.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE